IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITY NATIONAL MORTGAGE, COMPANY | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. H-17-2726 |
| EUSTIS MORTGAGE CORP., *et al*., | § § § |
| Defendants. | § |

**MEMORANDUM AND ORDER**

Upon consideration of the Complaint in this matter and the Petition of Plaintiff for a Temporary Restraining Order and Preliminary Injunction, it is ORDERED that:

1. Plaintiff's Petition for a Temporary Restraining Order and Preliminary Injunction is GRANTED;

2. A temporary restraining order, preliminary injunction during the pendency of this action, and a permanent injunction thereafter restraining Defendants, their agents, employees, attorneys, and all others in concert or participation with any of them from:

    a. maintaining, using, disclosing or disseminating any confidential and/or proprietary information of Plaintiff that Defendants were provided, were privy to or obtained knowledge of while employed and/or in any capacity providing services for or on behalf of Plaintiff;

    b. maintaining, using, disclosing or disseminating any personal information of Plaintiff's consumers or potential consumers, including but not limited to, their Social Security numbers, home and

        business addresses and telephone numbers, income, liability, asset statements, and their account numbers and monetary balances for bank accounts, mortgages, credit cards, investment and retirement accounts;

    c.    utilizing, accessing or reproducing any information the Employee Defendants collected on the "R Drive" related to consumers obtained or engaged while the Employee Defendants were employed by Plaintiff SNMC. Requiring return of the "R Drive" and all confidential and/or proprietary information of Plaintiff that the Defendants were provided, were privy to or obtained knowledge of while employed and/or in any capacity providing services to or on behalf of Plaintiff SNMC and/or through the employment of the Employee Defendants by SNMC.

3.    Defendants must show cause before the court. A hearing will be held on **September 14, 2017** at 10:45 a.m. in Courtroom 11-B.

4.    Plaintiff must cause a copy of this Memorandum and Order along with a copy of the Complaint and the aforesaid Petition and accompanying papers, to be served upon Defendants forthwith.

    SIGNED on September 12, 2017, at Houston, Texas.

                                        Lee H. Rosenthal
                                    Chief United States District Judge